IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JASON A. JOHNSON, *et al.*　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

VERSUS　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 2:17cv137-KS-MTP

AARON'S INC.　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

**ORDER TO SHOW CAUSE**

　　On September 6, 2017, the court set a telephonic case management conference for October 16, 2017 in this matter and directed all parties to submit confidential settlement memoranda to the undersigned by not later than October 11, 2017.  A call-in number was provided for this conference. *See* Rule 16(a) Initial Order [4].  The plaintiff did not submit a confidential settlement memorandum and did not participate in the telephone conference as ordered.  The clerk of court attempted to reach counsel for plaintiff on two occasions on the date of the scheduled call to request the required memorandum and to remind counsel of the call when counsel failed to join, but no contact was made.[1]

　　IT IS, THEREFORE, ORDERED that plaintiff shall show cause, in writing, why sanctions should not be imposed upon plaintiff and his counsel for failure to comply with the order.  **Said show cause response is due on or before October 30, 2017. Failure to timely respond or show just cause will result in the imposition of sanctions.**

　　SO ORDERED this 17th day of October, 2017.

　　　　　　　　　　　　　　　　　　　　　　s/Michael T. Parker
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

　　[1]The clerk of court left a voice message for the first call, but no reply to the message was received.