
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 06 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

To whom it may Concern:

I recieved a later notifying me, that my former lawyer, Scott Phillips, had passed away. I need a new lawyer appointed to me, if at all possible. I had no idea about his passing and am unsure on how to get a new lawyer appointed to me. Thank you for letting me know about his passing. If you, Please will, appoint me a new lawyer or send me in the correct direction to get one appointed to me. Thank you so much.

My Contact Information:
- Phone number: 601-522-5378
- address: 103 Klondike Road
  Foxworth, MS  39483

Please contact me as soon as you can. Thank you again. Jason A. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JASON A. JOHNSON, *et al.*                                              PLAINTIFFS

VERSUS                                              CIVIL ACTION NO.: 2:17cv137-KS-MTP

AARON'S INC.                                                             DEFENDANT

**Other Orders/Judgments**
2:17-cv-00137-KS-MTP Johnson
et al v. Aaron's Inc.

JURY,MTP,NO_CMC,REMOVAL

## U.S. District Court

## Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 11/30/2017 at 10:49 AM CST and filed on 11/30/2017
Case Name:             Johnson et al v. Aaron's Inc.
**Case Number:**       2:17-cv-00137-KS-MTP
**Filer:**
**Document Number:** 8

**Docket Text:**
ORDER Directing Response from Plaintiffs. Signed by Magistrate Judge Michael T. Parker on November 30, 2017 (KPM)


**2:17-cv-00137-KS-MTP Notice has been electronically mailed to:**

Lauren R. Hillery    lhillery@cctb.com, sming@cctb.com

Roger C. Riddick    Rriddick@cctb.com, fmo@cctb.com

William Scott Phillips    phillipslawfirm@bellsouth.net

**2:17-cv-00137-KS-MTP Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=11/30/2017] [FileNumber=4748294-0] [79d5e8bc7dc132eb7cb3b86b37e18f5eb556509c00986b3abf8b32d66890aeb7f4
ecd1b7e86b39087e144d2555a3fb984b27cb4c69eaa974d4f432b10744753e]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JASON A. JOHNSON, *et al.*                                                             PLAINTIFFS

VERSUS                                          CIVIL ACTION NO.: 2:17cv137-KS-MTP

AARON'S INC.                                                           DEFENDANT

**ORDER DIRECTING RESPONSE FROM PLAINTIFFS**

This matter is before the court *sua sponte* for purposes of case management and administration. Plaintiffs, Jason A. Johnson, Althea Conerly, and Shakadejel Conerly ("Plaintiffs"), filed this matter on or about March 3, 2017, in Marion County Circuit Court. Plaintiffs were represented by the Honorable Scott Phillips. *See* [1-2]. Defendant, Aaron's, Inc., removed this matter to this Court on or about August 4, 2017. *See* [1]. Public records indicate that Mr. Phillips passed away on or about October 29, 2017. Since the passing of counsel, Plaintiffs have not contacted the court nor has new counsel appeared. Under the circumstances, Plaintiffs should be affordable reasonable time to retain new counsel or to advise the court that they intend to proceed without counsel.

Accordingly,

*IT IS, THEREFORE, ORDERED* that Plaintiffs are granted until **January 15, 2018** to have new counsel enter an appearance in this matter or to notify the court, in writing, that they intend to proceed *pro se*.

The Clerk of Court is ordered and directed to mail a copy of this Order to each Plaintiff at the addresses as provided in the Complaint. *See* [1-2].

Plaintiffs' failure to comply with this Order may result in the dismissal of this case or otherwise adversely affect their rights.


SO ORDERED this 30th day of November, 2017.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE

Jason Johnson
103 Vilondive Road
Foxworth, MS

ATTN: Honorable
Michael T. Parker

Clerk, U.S. District Court
701 Main Street, Suite 200
Hattiesburg, MS
39401



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013