# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

JASON A. JOHNSON, ALTHEA
CONERLY AND SHAKADEJEL
CONERLY,

        Plaintiffs,                  CAUSE NO. 2:17-cv-00137-KS-MTP

vs.

AARON'S INC.,

        Defendant.

## MOTION TO WITHDRAW

LAUREN R. HILLERY, counsel for the Defendant, Aaron's, Inc., hereby respectfully moves this Court to allow her withdrawal as counsel of record in this action, and in support of this motion would show unto the Court the following:

1. Ms. Hillery moves to withdraw due to her departure from the law firm of McAngus Goudelock and Courie.

2. Aaron's, Inc. will continue to be represented by the law firm of McAngus Goudelock and Courie and Roger C. Riddick. No party will suffer any prejudice and there will be no delay or interference in the disposition of this case.

3. Plaintiffs do not oppose this motion.

WHEREFORE, Lauren R. Hillery respectfully requests that the Court enter an Order allowing her to withdraw as counsel of record in the above styled civil action.

Respectfully submitted this, the 10th day of April, 2019.

AARON'S, INC.

BY: */s/ Lauren R. Hillery*
LAUREN R. HILLERY

ROGER C. RIDDICK (MSB No. 5345)
LAUREN R. HILLERY (MSB No. 103253)
McAngus, Goudelock and Courie, LLC
1020 Highland Colony Parkway, Suite 706
Ridgeland, Mississippi 39157
(601) 427-7512
(601) 510-9525 (Fax)
r.riddick@mgclaw.com
lauren.hillery@mgclaw.com
*Attorneys for Aaron's, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of record by electronic filing as follows:

> Daniel M. Waide
> Johnson, Ratliff & Waide, PLLC
> Post Office Box 17738
> Hattiesburg, Mississippi 39404

This the 10th day of April, 2019.

*/s/ Lauren R. Hillery*
LAUREN R. HILLERY