# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

JASON A. JOHNSON,
ALTHEA CONERELY AND
SHAKADEJEL CONERLY

VS.     CIVIL CASE NO. 2:17-cv-137-KS-MTP

AARON'S INC.

## ORDER

The above case having been submitted to the jury,

It is now ordered that said jury be kept together in the custody of the United States Courts and that proper provision for said jurors' meals be made at the expense of the United States until such time as they have reached a verdict or are otherwise discharged.

SO ORDERED this the ___31st___ day of July, 2019.

___s/Keith Starrett___
UNITED STATES DISTRICT JUDGE